UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br>　　　　Plaintiff,<br>　　v.<br>CINDY BAUMGARTNER, et al.,<br>　　　　Defendants. | Case No. 19-cv-05166-VC<br><br>**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 10 |

The magistrate judge's report and recommendation is adopted in part. Previously, the magistrate judge dismissed the plaintiff's complaint for lack of subject-matter jurisdiction, and gave him 14 days to file an amended complaint. The plaintiff did not file an amended complaint, so the magistrate judge issued a report and recommendation that the case be dismissed with prejudice. Under these circumstances, it is appropriate to rule that the plaintiff has lost his opportunity to file an amended complaint in federal court. But because the prior dismissal was for lack of jurisdiction, it would not be appropriate to dismiss the case on the merits (that is, with prejudice). Accordingly, the case is dismissed, and dismissal is without leave to file an amended complaint in federal court that includes federal claims. However, this dismissal is without prejudice to filing state-law claims in state court arising from the same alleged facts.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
VINCE CHHABRIA
United States District Judge